# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**COAREY JOHNSON**  **PLAINTIFF**
**ADC #107170**

v.  Case No. 2:21-cv-00083-KGB

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). Plaintiff Coarey Johnson has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Johnson's complaint for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 2).

It is so ordered this 13th day of January, 2023.

Kristine G. Baker
United States District Judge